# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHNATHAN DAVIS, | ) | 1:02-cv-05990-OWW-TAG HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION (Doc. 9) |
| v. | ) | |
| | ) | ORDER DENYING WITH PREJUDICE |
| | ) | PETITION FOR WRIT OF HABEAS CORPUS |
| | ) | (Doc. 1) |
| BILL LOCKYER, | ) | |
| | ) | ORDER DIRECTING CLERK OF COURT |
| Respondent. | ) | TO ENTER JUDGMENT |
| | ) | |
| | ) | |

On August 14, 2002, Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in this Court.

On April 23, 2007, the Magistrate Judge assigned to the case filed a Findings and Recommendations recommending the petition for writ of habeas corpus be denied on its merits. (Doc. 9).  This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty days from the date of service of that order.  To date, the parties have not filed timely objections to the Findings and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper

1

analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed April 23, 2007 (Doc. 9), are ADOPTED IN FULL;

2. This petition for writ of habeas corpus (Doc. 1), is DENIED with prejudice; and

3. The Clerk of Court is DIRECTED to ENTER JUDGMENT and close the file.

This order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:   July 21, 2007**                              /s/ Oliver W. Wanger
                                                   UNITED STATES DISTRICT JUDGE